FILED
February 8, 2021 2:50 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY: JW /2-8

1:21-cv-132
Robert J. Jonker - Chief U.S. District Judge
Sally J. Berens - Magistrate Judge

Febuary 03, 2021

I am writing this to the Clerk of the Federal Court to file my michigan department of civil rights complaint which is MDCR CASE #: 613048 that is based on the following law Elliott-Larsen Civil rights Act No 453, Public Act of 1976 as Amended and michigan persons with disabilities Act No. 220, Public Acts of 1976 as Amended. I did all following steps as needed and I also file an sworn complaint too which was September 30th 2020 and an notice of formal complaint was sent out to the respondent in which never responded by at all and its been very hard to make grievances and get the medical attention I actually need as well I

think that retaliation is being used against me due to me filing what has happen to me in which I still highly suffer from including pain and emotional distress. so I want and filing this within the Federal Courts to proceed with this serious case I have of unlawful discrimination against the Kent County Sheriff department.

Sincerly,

Lashawn Covington

Febuary 03, 2021

NAME: LASHAWN A. COVINGTON #00355068
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

GRAND RAPIDS MI 493
5 FEB 2021 PM 3 L



To,
GERALD R. FORD
FEDERAL BUILDING AND COURTHOUSE
110 MICHIGAN STREET N.W.
GRAND RAPIDS, MI 49503

49503-230099